924

No. 00–38. RENO, ATTORNEY GENERAL, ET AL. *v.* KIM HO MA. C. A. 9th Cir. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, case consolidated with No. 99–7791, *Zadvydas* v. *Davis et al.,* immediately *supra,* and a total of one hour allotted for oral argument.

No. 00–152. BRADSHAW, LABOR COMMISSIONER OF CALIFORNIA, ET AL. *v.* G & G FIRE SPRINKLERS, INC. C. A. 9th Cir. Motion of Port of Oakland et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 99–1916. LANDRY *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied.

No. 99–1932. SAUVAGE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 99–1952. ALABAMA ET AL. *v.* DEPARTMENT OF ENERGY ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1963. FLORIDA *v.* SHADLER. Sup. Ct. Fla. Certiorari denied.

No. 99–1975. CASEY *v.* RHOADES ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1980. NEXTWAVE PERSONAL COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 99–1988. CONNECTICUT *v.* DONAHUE. Sup. Ct. Conn. Certiorari denied.

No. 99–2037. WOODHAWK CLUB CONDOMINIUM OWNERS ASSN. ET AL. *v.* CITY OF MAYFIELD HEIGHTS ET AL. C. A. 6th Cir. Certiorari denied.